UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL HEALTH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>INHANCE TECHNOLOGIES USA,<br><br>Defendant. | Civil Action No. 22-3819 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's [14] Motion to Dismiss is GRANTED; and

2. The case is DISMISSED WITHOUT PREJUDICE.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: April 6, 2023

1